CURT S. STEINDLER (CA Bar #143381)
LAW OFFICE OF CURT S. STEINDLER
11901 Santa Monica Blvd.
Suite 616
Los Angeles, California 90025-2767
310-213-5420
eMail: Lawrax@Lawrax.com

Attorney for Plaintiff, BARRY ROSEN

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL J. CROSS, JR., et al.,<br><br>　　　　Defendants. | Case No: CV12-2376-ABC (Ex)<br>Judge: Hon. Audrey B. Collins<br><br>**[~~PROPOSED~~] JUDGMENT** |

**THE COURT HEREBY ORDERS** that judgment be entered against defendant PAUL J. CROSS, JR., as follows:

  1.　for damages in the amount of $750.00,

  2.　for reasonable attorney's fees in the amount of $3,500.00,

  3.　for costs of suit in the amount of $405.00, and

/ / /

/ / /

4.   interest shall accrue on the foregoing at the statutory rate from the date of entry until paid. 28 U.S.C. § 1961.

DATED: 7/11/13

_____
Audrey B. Collins
Judge